# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:       Howard Wesley Triggs and
             Janice Lynn Triggs

**Case No. 09-43114**

Chapter 7 Case
Debtors.   Judge Robert J. Kressel

Terri A. Running, in her capacity as the
court-appointed Chapter 7 Trustee of Debtors,

       Plaintiff,

vs.                                ADV. NO. 11 - 04134

David Provo and Charlotte Provo,

       Defendants.

## CERTIFICATE OF SERVICE

The undersigned states that she is an employee of Quinlivan & Hughes, P.A., and in a course of said employment, on May 10, 2011, she served the following documents:

1. Summons,
2. Complaint, and
3. Certificate of Service.

upon:

| | |
|---|---|
| David E. Provo | Charlotte A. Provo |
| 12916 Polk St. NE | 12916 Polk St. NE |
| Blaine, MN  55434 | Blaine, MN  55434 |

via U.S. Mail and Certified Mail to the addresses listed above and electronically by Notice of Electronic Filing upon all parties who have requested service in these cases by filing the same via ECF with the Bankruptcy Court in the District of Minnesota.

735371

Dated: May 10, 2011


/e/ Anissa L. Johnson

735371